LaSalle Bank, N.A. v Evelyn

2026 NY Slip Op 02398

April 22, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

LaSalle Bank, N.A., etc., respondent,

v

John Evelyn, appellant, et al., defendants.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 22, 2026

2022-09849, 2023-02673, (Index No. 7490/08)

Francesca E. Connolly, J.P.

Valerie Brathwaite Nelson

Barry E. Warhit

Lourdes M. Ventura, JJ.

Menashe & Associates, LLP, Montebello, NY (Chezki Menashe of counsel), for appellant.

McCalla Raymer Leibert Pierce, LLC, New York, NY (Phionah N. Brown and Adam Weiss of counsel), for respondent.

In an action to foreclose a mortgage, the defendant John Evelyn appeals from (1) an order of the Supreme Court, Kings County (Lawrence Knipel, J.), dated October 28, 2022, and (2) an order of the same court dated November 4, 2022. The order dated October 28, 2022, insofar as appealed from, in effect, denied that defendant's cross-motion pursuant to CPLR 3215(c) to dismiss the amended complaint insofar as asserted against him as abandoned. The order dated November 4, 2022, granted that branch of the plaintiff's motion which was pursuant to CPLR 1003 to "drop" the defendant John Evelyn as a named defendant and to amend the caption accordingly.

[*1]

DECISION & ORDER

Motion by the plaintiff, inter alia, to dismiss the appeals from the orders on the ground that the right of direct appeal therefrom terminated with the entry of an order and judgment of foreclosure and sale in the action. By decision and order on motion dated October 7, 2024, that branch of the motion was held in abeyance and referred to the panel of Justices hearing the appeals for determination upon the argument or submission thereof.

Upon the papers filed in support of the motion and no papers having been filed in opposition or in relation thereto, and upon the argument of the appeals, it is

ORDERED that the branch of the motion which is to dismiss the appeals from the orders on the ground that the right of direct appeal therefrom terminated with the entry of the order and judgment of foreclosure and sale is granted; and it is further,

ORDERED that the appeals are dismissed, without costs or disbursements.

The appeals from the orders must be dismissed because the right of direct appeal therefrom terminated with the entry of the order and judgment of foreclosure and sale in the action (see Matter of Aho, 39 NY2d 241). The issues raised on the appeals from the orders that are brought up for review on the appeal from the order and judgment of foreclosure and sale have been considered on the appeal from the order and judgment of foreclosure and sale (see CPLR 5501[a][1]; U.S. Bank, N.A. v New York City Transit Adjudication Bur., ___ AD3d ___ [decided herewith]).

CONNOLLY, J.P., BRATHWAITE NELSON, WARHIT and VENTURA, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court